NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1480

LEVEL 3 COMMUNICATIONS, LLC,

Plaintiff-Appellant,

v.

LIMELIGHT NETWORKS, INC.,

Defendant-Appellee.

Peter C. McCabe, III, Winston & Strawn LLP, of Chicago, Illinois, argued for plaintiff-appellant.  With him on the brief were Kurt A. Mathas; and Charles B. Molster, III and Geoffrey P. Eaton, of Washington, DC.

Robert G. Krupka, Kirkland & Ellis LLP, of Los Angeles, California, argued for defendant-appellee.  With him on the brief were Alexander F. MacKinnon and Nick G. Saros. Of counsel was Guy Ruttenberg. Of counsel on the brief was Dion Messer, Limelight Networks, Inc., of Tempe, Arizona.

Appealed from:  United States District Court for the Eastern District of Virginia

Judge Mark S. Davis

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1480

LEVEL 3 COMMUNICATIONS, LLC,

Plaintiff-Appellant,

v.

LIMELIGHT NETWORKS, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the      United States District Court for the Eastern District of Virginia

In CASE NO(S).      07-CV-589.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, DYK, and PROST, Circuit Judges).

**AFFIRMED.**  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED      May 5, 2010            /s/ Jan Horbaly
                        Jan Horbaly, Clerk